Commonwealth *v.* Evans, Appellant.

Before Bertolet, J.

Submitted December 9, 1968. *John*

*B. Stevens, Jr.,* Public Defender, for appellant; *Arthur Ed. Saylor,* First Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.